The judgment of the district court will be affirmed.

**Mariau A. MIGNOGNA**

v.

**PENNSYLVANIA RAILROAD COMPANY, a Corp., Appellant.**

No. 14900.

United States Court of Appeals Third Circuit.

Argued Dec. 15, 1964.

Decided Dec. 22, 1964.

William C. Walker, Dickie, McCamey, Chilcote & Robinson, Pittsburgh, Pa., for appellant.

William W. McVay, McArdle, Harrington, Feeney & McLaughlin, Pittsburgh, Pa., for appellee.

Before McLAUGHLIN, STALEY and HASTIE, Circuit Judges.

PER CURIAM.

In this Federal Employers' Liability Act case, on the question of whether plaintiff's injuries were the result of the accident involved, the trial judge was properly within the record in holding that the causation from said accident for plaintiff's injuries " * * * was sufficiently inferrable from the evidence, particularly from the testimony of Dr. Hen-

**UNITED STATES of America**

v.

**Dante GORI, a/k/a Joseph Gallo, a/k/a Charles Sano, a/k/a Robert Lona, a/k/a Robert Lorna, a/k/a John Varno, a/k/a Henry Berman, a/k/a Paul Patnell, a/k/a Edward Morro, Dante Gori, Appellant.**

No. 14664.

United States Court of Appeals Third Circuit.

Argued Nov. 10, 1964.

Decided Dec. 23, 1964.

Paul L. McSorley, Philadelphia, Pa., for appellant.

Harry A. Nagle, Ass't U. S. Atty., Scranton, Pa. (Bernard J. Brown, U. S. Atty., Scranton, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and FORMAN and SMITH, Circuit Judges.

PER CURIAM.

We can perceive no error in this record. Consequently the judgment will be affirmed. The appellant's application for bail, denied by the court below and repeated here, also will be denied.